UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00130-GNS-LLK

CHRISTOPHER L. YOUNG                                                              PLAINTIFF

v.

ANDREW SAUL, Acting Commissioner of Social Security                               DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 25), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 25) as set forth in the report submitted by the United States Magistrate Judge. and judgment is **GRANTED** for the Commissioner.  The Clerk shall strike this matter from the active docket.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

June 2, 2021

cc:     counsel of record